IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMILA JOHNSON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as the Acting Secretary of State of Louisiana,<br><br>Defendant. | Case No. 3:18-cv-625-SDD-EWD |

## MOTION TO DISMISS FIRST AMENDED COMPLAINT

Kyle Ardoin, Secretary of State of Louisiana, by and through his counsel, file the present Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and for certification of interlocutory appeal pursuant to 28 U.S.C. § 1292(b) if the portion of the Motion to Dismiss for lack of subject matter jurisdiction due to the absence of a three-judge panel is denied. In support of this Motion, the Defendant presents his Memorandum in Support filed herewith.

Dated: September 4, 2018

/s/ Jason Torchinsky
Jason Torchinsky (VSB 47481)*
Phillip M. Gordon (TX 24096085)*
HOLTZMAN VOGEL JOSEFIAK
TORCHINSKY PLLC
45 N. Hill Drive, Suite 100
Warrenton, VA 20186
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: jtorchinsky@hvjt.law
pgordon@hvjt.law
* *Admitted Pro Hac Vice*

Celia R. Cangelosi (La. Bar Roll No. 12140)
5551 Corporate Blvd. Suite 101

Respectfully Submitted,

JEFF LANDRY
ATTORNEY GENERAL
/s/ Angelique Duhon Freel
Angelique Duhon Freel (La. Bar Roll No. 28561)
Elizabeth Murrill (La. Bar Roll No. 20685)
Carey Tom Jones (La. Bar Roll No. 07474)
David Jeddie Smith, Jr. (La Bar Roll No. 27089)
Jeffrey M. Wale (La. Bar Roll No. 36070)
Assistant Attorneys General
Louisiana Department of Justice
Civil Division
P. O. BOX 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6060
Facsimile: (225) 326-6098

1

Baton Rouge, LA  70808
Telephone: 225-231-1453
Facsimile: 225-231-1456
Email: celiacan@bellsouth.net

Email: walej@ag.state.la.us
freela@ag.louisiana.gov
jonescar@ag.louisiana.gov
smithda@ag.louisiana.gov

*Counsel for Defendant Louisiana Secretary of State*

## CERTIFICATE OF SERVICE

   I do hereby certify that, on this 4th day of September 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system which gives notice of filing to all counsel of record.

*/s/ Jason B. Torchinsky*