IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMILA JOHNSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KYLE ARDOIN, in his official capacity as the Acting Secretary of State of Louisiana,<br><br>　　　　　Defendant. | Case No. 18-625-SDD-EWD |

**PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

Plaintiffs Jamila Johnson, Norris Henderson, Renard Thomas, Tramelle Howard, Allan Rogers, Mildred Armstrong, Kristen Smith, Ciara Hart, Dadrius Lanus, Patricia Chaney, and Edward Galmon, Sr. ("Plaintiffs") respectfully, by and through their undersigned counsel of record, submit this motion, pursuant to Rule 37(a)(3)(B)(iv) of the Federal Rules of Civil Procedure, to compel Defendant Kyle Ardoin to produce documents responsive to Plaintiffs' First Request for Production. Specifically, Plaintiffs move to compel production of the Louisiana voter file, which contains information about Louisiana voters' parish, precinct, race, political party, voting history, and more.

For the reasons set forth in the memorandum accompanying this motion pursuant to Local Rule 7(d), and because the Louisiana voter file is directly relevant to Plaintiffs' claims, the voter file is in Defendant's possession, custody, or control, and Defendant's objections regarding burden and expense are unfounded, this Court should grant Plaintiffs' Motion to Compel.

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, the parties conferred regarding Plaintiffs' request electronically (*see* Ex. 3 to Memorandum in Support of Motion to

Compel) and telephonically on September 13, 2019.

Dated: September 18, 2019

Respectfully submitted,

By attorneys:

*s/Darrel J. Papillion*
Darrel J. Papillion, T.A. (Bar Roll No. 23243)
Renee C. Crasto (Bar Roll No. 31657)
Jennifer Wise Moroux (Bar Roll No. 31368)
**WALTERS, PAPILLION,**
**THOMAS, CULLENS, LLC**
12345 Perkins Road, Building One
Baton Rouge, LA 70810
Phone: (225) 236-3636
Fax: (225) 236-3650
Email: papillion@lawbr.net
Email: crasto@lawbr.net
Email: jmoroux@lawbr.net

Marc Erik Elias (admitted pro hac vice)
Bruce V. Spiva (admitted pro hac vice)
Amanda R. Callais (admitted pro hac vice)
Lalitha D. Madduri (admitted pro hac vice)
**Perkins Coie LLP**
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 654-6338
Fax: (202) 654-9106
Email: MElias@perkinscoie.com
Email: BSpiva@perkinscoie.com
Email: ACallais@perkinscoie.com
Email: LMadduri@perkinscoie.com

Abha Khanna (admitted pro hac vice)
**Perkins Coie LLP**
1201 Third Avenue, Ste. 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000
Email: AKhanna@perkinscoie.com

*Attorneys for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2019, the foregoing Motion to Compel Discovery was filed electronically with the Clerk of Court using the CM/ECF system.

                              *s/ Jennifer Wise Moroux*
                              Jennifer Wise Moroux