IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMILA JOHNSON, *et al*,<br><br>   *Plaintiffs,*<br><br>v.<br><br>KYLE ARDOIN,<br><br>   *Defendant/Third-Party Plaintiff.*<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States; and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>   *Third-Party Defendants*. | CIVIL ACTION NO.<br>3:18-CV-625-SDD-EWD |

**MOTION BY ATTORNEY GENERAL AND DEPARTMENT OF JUSTICE
TO DISMISS THIRD-PARTY COMPLAINT**

Pursuant to Rules 12(a)(2), 12(b), and 14(a)(2) of the Federal Rules of Civil Procedure, Third-Party Defendants, United States Attorney General WILLIAM P. BARR and the UNITED STATES DEPARTMENT OF JUSTICE (hereinafter, collectively, "DOJ"), respectfully move to dismiss the Third-Party Complaint filed by Defendant Kyle Ardoin, Louisiana Secretary of State (hereinafter "SOS").

As discussed in the accompanying Memorandum in Support, the SOS's claims are barred by the doctrine of sovereign immunity, which has not been waived here. They are also precluded by statute and Supreme Court precedent, as well as the applicable statute of limitations. Nor are costs and fees available to the SOS under any cognizable theory. The SOS also lacks Article III standing. Accordingly, the third-party complaint should be dismissed pursuant to Rules 12(b)(1) and/or 12(b)(6), Fed. R. Civ. P.

Respectfully submitted this 9th day of December, 2019.

BRANDON J. FREMIN
United States Attorney
Middle District of Louisiana

**s/ Ellen M Kinney**
JOHN J. GAUPP, LBN 14976
ELLEN M. KINNEY, LBN 34679
Assistant United States Attorneys
(Local Counsel)
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: ellen.kinney@usdoj.gov

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

ELLIOTT M. DAVIS
Acting Principal Deputy
  Assistant Attorney General
Civil Rights Division

**s/ Bradley E. Heard**
T. CHRISTIAN HERREN, JR.
RICHARD DELLHEIM
BRADLEY E. HEARD (Lead Attorney)
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Rm 8.923
Washington, D.C. 20530
Telephone: (202) 305-4196
Fax: (202) 307-3961
E-mail: Bradley.Heard@usdoj.gov