

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

𝕾tate of 𝕷ouisiana
DEPARTMENT OF JUSTICE
P.O. BOX 94005
**BATON ROUGE**
70804-9005

**SECTION 5 SUBMISSION**

NO. *2011-2066*

***Via Federal Express/Overnight Priority***

June 1, 2011

Chief, Voting Section
Civil Rights Division
Room 7254 - NWB
Department of Justice
1800 G St., N.W.
Washington, D.C. 20006

Re:    **Sec. 5 submission of Act 2 of the 2011**
       **First Extraordinary Session of the Louisiana Legislature**
       **[Congressional Redistricting Plan]**

Dear Chief:

Enclosed please find the submission of Act No. 2 of the 2011 First Extraordinary Session of the Louisiana Legislature, pursuant to Section 5 of the 1965 Voting Rights Act, which provides for the reapportionment of Louisiana's congressional districts.

If you have any questions, please call the undersigned assistant attorney general, (225) 326-6040.  Thank you for your assistance in this matter.

Yours very truly,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

By: *Erin C. Day*
Erin C. Day
Assistant Attorney General

JDC/ECD
Enclosures

Chief, Voting Section
Sec. 5 Submission, Act 2 (2011, 1st E.S.)
Page -2-

## LEGISLATIVE ACT SUBMISSION
### SECTION 5 OF THE VOTING RIGHTS ACT OF 1965;
### REQUIRED CONTENTS (28 CFR ə51.27)

### ACT 2 OF THE 2011 FIRST EXTRAORDINARY
### SESSION OF THE LOUISIANA LEGISLATURE

**a)    A copy of any ordinance, enactment, order or regulation embodying a change affecting voting:**

Enclosed herein as *Exhibit A*, please find a certified copy of Act 2 of the 2011 First Extraordinary Session.  This document was provided by the Publications Division of the Louisiana Secretary of State, contact number (225) 922-0309.

Enclosed herein in globo as *Exhibit A-1*, please find an electronic disc containing the Original, Engrossed, Reengrossed and Enrolled House Bill No. 6, Act No. 2 of the 2011 First Extraordinary Session.  These documents were obtained at http://legis.state.la.us/.

Enclosed herein in globo as *Exhibit A-2*, please find an electronic disc containing the following amendments to House Bill No. 6; all obtained at http://legis.state.la.us/:

>    Senate Floor Amendment, #432, Martiny, Adopted;
>    Senate Floor Amendment, #451, Martiny, Withdrawn;
>    Senate Floor Amendment, #438, Broome, Rejected;
>    Senate Floor Amendment, #433, Martiny, Withdrawn;
>    Senate Floor Amendment, #436, Chabert, Rejected;
>    Senate Floor Amendment, #417, Riser, Adopted;
>    Senate Floor Amendment, #402, Marionneaux, Rejected;
>    Senate Committee Amendment, #395, S&G, Adopted;
>    House Floor Amendment, #344 (47), Baldone, Withdrawn;
>    House Floor Amendment, #339 (43), Jackson, Michael, Rejected;
>    House Floor Amendment, #338 (36), Ponti, Adopted;
>    House Floor Amendment, #332 (40), Gallot, Rejected; and
>    House Committee Amendment, #305, H&G, Adopted.

**b)    A copy of any ordinance, enactment, order, or regulation embodying the voting practice that is proposed to be repealed, amended, or otherwise changed:**

Act 2 (2011, 1st E.S.) enacts R.S. 18:1276.1 and repeals R.S. 18:1276.  Enclosed herein as *Exhibit B*, please find a copy of R.S. 18:1276 which embodies the voting practice that is proposed to be changed.  LSA-R.S. 18:1276.1 is new law.

**c)    If the change affecting voting either is not readily apparent on the face of the documents provided under paragraphs (a) and (b) of this section or is not embodied in a document, a clear statement of the change explaining the difference between the submitted change and the prior law or practice, or explanatory materials adequate to disclose to the Attorney General the difference between the prior and proposed situation with respect to voting:**

Enclosed herein as *Exhibit C*, please find a copy of the digest of Act 2 (2011, 1st E.S.), which provides a summary explaining the proposed changes.

Enclosed herein in globo as *Exhibit C-1*, please find copies of the digests for the Original, Engrossed, and Reengrossed versions of House Bill No. 6, Act No. 2 of the 2011 First Extraordinary Session.

Chief, Voting Section
Sec. 5 Submission, Act 2 (2011, 1st E.S.)
Page -3-

d) **The name, title, address, and telephone number of the person making the submission:**

    Erin C. Day
    Assistant Attorney General
    Post Office Box 94005
    Baton Rouge, Louisiana 70804-9005
    (225) 326-6040

e) **The name of the submitting authority and the name of the jurisdiction responsible for the change, if different:**

    State of Louisiana, Department of Justice
    James D. "Buddy" Caldwell, Attorney General

f) **If the submission is not from a state or county, the name of the county and state in which the submitting authority is located:**

    Please see (e) above.

g) **Identification of the person or body responsible for making the change and the mode of decision (e.g., act of state legislature, ordinance of city council, administrative decision by registrar):**

    Act 2 (2011, 1st E.S.) was adopted by the Louisiana Legislature pursuant to its general legislative powers provided in Article III, Section 1 of the Louisiana Constitution of 1974 and the Constitution of the United States of America, Amendment X.

h) **A statement identifying the statutory or other authority under which the jurisdiction undertakes the change and a description of the procedures the jurisdiction was required to follow in deciding to undertake the change:**

    Please see (g) above.

i) **The date of adoption of the change affecting voting:**

    Act 2 (2011, 1st E.S.) was passed on April 4, 2011 by a vote of 62-37 in the House and passed with amendments on April 13, 2011 by a vote of 25-13 in the Senate.  The Senate amendments were concurred in the House on April 13, 2011 by a vote of 64-35.

j) **The date on which the change is to take effect:**

    Act 10 (2001, 2nd E.S.) was signed by Jindal on April 14, 2011 and will become effective solely for the purposes of the election of representatives to the United States Congress at the next regularly scheduled election for representatives of Congress in 2012, commencing on the date and at the time that the qualifying period opens for such offices, which is August 15-17, 2012. For all other purposes, the Act shall become effective January 3, 2013.  LSA-Const. Article III, Section 19 (1974).

k) **A statement that the change has not yet been enforced or administered, or an explanation of why such a statement cannot be made:**

    Act 2 (2011, 1st E.S.) has not yet been enforced or administered.

l) **Where the change will affect less than the entire jurisdiction, an explanation of the scope of the change:**

    Act 2 (2011, 1st E.S.) will affect the entire State of Louisiana.

Chief, Voting Section
Sec. 5 Submission, Act 2 (2011, 1st E.S.)
Page -4-

m)    **A statement of the reasons for the change:**

Act 2 (2011, 1st E.S.) was enacted to redistrict Louisiana's congressional districts.

n)    **A statement of the anticipated effect of the change on members of racial or language minority groups:**

There is no change in the number of majority-minority congressional districts from the current plan in Act 10 (2001, 2nd E.S.) and the proposed plan in Act 2 (2011, 1st E.S.). In the current plan, District 2 is a majority-minority district with 59.235% total black population and in the proposed plan in Act 2 (2011, 1st E.S.), District 2 remains a majority-minority district with 62.430% total black population.

o)    **A statement identifying any past or pending litigation concerning the change or related voting practices:**

There is past litigation concerning Louisiana's congressional redistricting plans. *See*, *Couhig v. Brown*, 538 F.Supp. 1086 (U.S.D.C., E.D.La, 1982); *Major v. Treen*, 574 F.Supp. 325 (U.S.D.C., E.D.La, 1983); *Hays v. Louisiana*, 839 F.Supp. 1188 (U.S.D.C., W.D.La, 1993)(and history cited therein); and *Hays v. Louisiana*, 936 F.Supp. 360 (U.S.D.C., W.D.La, 1996)(and history cited therein). Also, unreported, *Maxwell v. Foster*, U.S.D.C., W.D.La, 1998; CV98-1378M.

p)    **A statement that the prior practice has been precleared (with the date) or is not subject to the preclearance requirement and a statement that the procedure for the adoption of the change has been precleared (with the date) or is not subject to the preclearance requirement or an explanation of why such statements cannot be made:**

The State of Louisiana is operating under a plan added by Act 10 of the 2001 Second Extraordinary Session which was precleared as follows:

| 2001, 2nd Ex.Sess. | 10 | 2/1/2002 | p/c 4/2/02 | NA |
|---|---|---|---|---|

Prior to Act 10 of the 2001 Second Extraordinary Session, the State of Louisiana was operating under a court ordered plan from 1996 in the *Hays* litigation. [*Hays*, 936 F.Supp. 360] Louisiana's legislature adopted the court ordered plan in Act 96 of the 1996 First Extraordinary Session, which was objected to by the Department of Justice on August 12, 1996. Prior to 1996, Act 1 of the 1994 Second Extraordinary Session was precleared on June 3, 1994. Act 1 (1996, 2nd Ex.S.) was found to be in violation of the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution and declared null and void in *Hays, supra*. Act 42 of the 1992 Regular Session was precleared on July 6, 1992.

q)    **For redistrictings and annexations:**

**(a) Demographic information**

Enclosed herein as *Exhibit D*, please find electronic disc containing the total and voting age population by race and language group of the baseline congressional districts (current districts).

Enclosed herein as *Exhibit E*, please find electronic disc containing the total and voting age population by race and language group of the proposed congressional districts (Act 2, 2011, 1st E.S.).

Information contained in *Exhibits D* and *E* was provided by Dr. William Blair, Director of Demographic Services, Louisiana Legislature, (225) 342-2591.

Chief, Voting Section
Sec. 5 Submission, Act 2 (2011, 1st E.S.)
Page -5-

**(b) Maps**

Enclosed herein as *Exhibit F,* please find electronic disc containing the map of the current congressional districts and proposed congressional districts.

Enclosed herein as *Exhibit G,* please find an electronic disc containing shapefiles and block equivalency files for the current congressional districts and the proposed congressional districts (Act 2, 2011, 1st E.S.).

Information contained in *Exhibits, F* and *G* was provided by Dr. William Blair, Director of Demographic Services, Louisiana Legislature, (225) 342-2591.

**(c) Availability of the submission**

Enclosed herein as *Exhibit H,* please find a copy of the public notice by the Attorney General's office announcing the submission of Act 2 (2011, 1st E.S.) to the U.S. Attorney General, and informing the public that a complete duplicate copy of the submission is available for public inspection at our office and inviting comments for the consideration of the U.S. Attorney General.

**(d) Minority group contacts**

Enclosed herein as *Exhibit I,* please find a copy of minority contacts in the Louisiana Legislature.

**(f) Publicity and participation**

Enclosed herein in globo as *Exhibit J,* please find a copy of notices and agendas for the following public hearings:

| Date | Location | Meeting |
|---|---|---|
| 1-Oct-2009 | Alexandria, Louisiana | Workshop |
| 2-Oct-2009 | Alexandria, Louisiana | Workshop |
| 15-Dec-2009 | Baton Rouge, Louisiana | House and Governmental Affairs |
| 5-Jan-2010 | Lake Charles, Louisiana | Regional Public Hearings |
| 11-Jan-2010 | Alexandria, Louisiana | Regional Public Hearing |
| 14-Jan-2010 | Lafayette, Louisiana | Regional Public Hearing |
| 19-Jan-2010 | Thibodaux, Louisiana | Regional Public Hearing |
| 26-Jan-2010 | Slidell, Louisiana | Regional Public Hearing |
| 28-Jan-2010 | New Orleans, Louisiana | Regional Public Hearing |
| 1-Feb-2010 | Shreveport, Louisiana | Regional Public Hearing |
| 2-Feb-2010 | Monroe, Louisiana | Regional Public Hearing |
| 17-Feb-2010 | New Orleans Metro | Regional Public Hearing |
| 17-Feb-2010 | North Shore Meeting | Regional Public Hearing |
| 19-Jan-2011 | Baton Rouge, Louisiana | House and Governmental Affairs |
| 15-Feb-2011 | Baton Rouge, Louisiana | House and Governmental Affairs |
| 21-Feb-2011 | Baton Rouge, Louisiana | Regional Public Hearing |
| 21-Feb-2011 | Houma, Louisiana | Regional Public Hearing |
| 22-Feb-2011 | Lafayette, Louisiana | Regional Public Hearing |
| 22-Feb-201 1 | Lake Charles, Louisiana | Regional Public Hearing |
| 28-Feb-2011 | Shreveport, Louisiana | Regional Public Hearing |
| 1-Mar-2011 | Monroe, Louisiana | Regional Public Hearing |
| 1-Mar-2011 | Alexandria, Louisiana | Regional Public Hearing |

Enclosed herein as *Exhibit J-1,* please find a copy of the handouts distributed and presentations given at the public hearings and committee meetings.

Chief, Voting Section
Sec. 5 Submission, Act 2 (2011, 1st E.S.)
Page -6-

*Exhibits J and J-1* were obtained at the following web address:

http://house.louisiana.gov/H_Redistricting2011/default_RedistMeetings2011_Past.htm.

The following are key House Redistricting contacts:

House & Governmental Affairs Committee    225-342-2403
Shawn O'Brien, Secretary                  225-342-2403
Patricia Lowrey-Dufour, Legislative Analyst 225-342-2396
Mark Mahaffey, Attorney                   225-342-2598
Alfred Speer, Clerk of the House          225-342-7259
Dr. William Blair, Demographer            225-342-2591

## (g)  Other information

Enclosed herein as *Exhibit K*, please find an electronic disc containing all bills introduced in the legislature with respect to the redistricting of the congressional districts, as follows:

1. HB3 by Representative Gallot;
2. HB4 by Representative Gallot;
3. HB8 by Representative Harrison;
4. HB39 by Representative Richard;
5. HB41 by Representative Barrow;
6. HB42 by Representative Michael Jackson;
7. HB43 by Representative Cromer;
8. SB2 by Senator Kostelka;
9. SB3 by Senator Lydia Jackson;
10. SB23 by Senator Marionneaux;
11. SB24 by Senator Riser;
12. SB29 by Senator Mills;
13. SB31 by Senator McPherson; and
14. SB32 by Senator Bromme.

DIGEST

The digest printed below was prepared by House Legislative Services. It constitutes no part of the legislative instrument. The keyword, one-liner, abstract, and digest do not constitute part of the law or proof or indicia of legislative intent. [R.S. 1:13(B) and 24:177(E)]

Ponti                                                                                          HB No. 6

**Abstract:**  Provides for the redistricting of the state's congressional districts and provides for the composition of each of the six congressional districts. Effective for election purposes only for the regular congressional elections in 2012 and for all purposes on January 3, 2013.

Statistical summaries of the proposed law, including district variances from the ideal population of 755,562 and the range of those variances, as well as maps illustrating proposed district boundaries accompany this digest. *(Attached to hard copies of the bill distributed during session and available as a separate document on the Internet.)*

Present U.S. Constitution (14th Amendment) provides that representatives in congress shall be apportioned among the several states according to their respective numbers, counting the whole number of persons in each state. The U.S. Supreme Court has held that the population of congressional districts in the same state must be as nearly equal in population as practicable.

Present law divides the state into seven districts for election of Louisiana's representatives to the U.S. House of Representatives.

Proposed law redraws district boundaries for the six congressional districts, effective for election purposes with the opening of the qualifying period for the 2012 primary election for members of congress.

Proposed law specifies that precincts referenced in district descriptions are those precincts identified as Voting Districts (VTDs) in the 2010 Census Redistricting TIGER/Line Shapefiles for the state of La. Also specifies that if any such precinct has been subdivided by action of the parish governing authority on a nongeographic basis or subdivided by action of the parish governing authority on a geographic basis in accordance with present law, the enumeration of the general precinct designation shall include all nongeographic and all geographic subdivisions thereof. Further provides that the territorial limits of the districts as enacted shall continue in effect without change regardless of any changes made to the precincts by the parish governing authority.

Proposed law specifies that the effectiveness of the law for 2012 election purposes does not reduce the term of congressmen elected at the 2010 congressional election or elected to fill a vacancy for the remainder of a term which began on January 3, 2011. Further specifies that the provisions of proposed law shall not reduce the term of office of any person holding any position

EXHIBIT
C-1

or office on the effective date of <u>proposed law,</u> for which the appointment or election is based upon a congressional district as composed pursuant to <u>present law.</u> Specifies that any position or office filled after January 3, 2013, for which the appointment or election is based on a congressional district shall be appointed or elected from a district as it is described in <u>proposed law.</u>

<u>Proposed law</u> retains present districts until noon on January 3, 2013, at which time <u>present law</u> is repealed and proposed districts are effective for all purposes.

Population data in the summaries accompanying this digest are derived from 2010 Census Redistricting Data (Public Law 94-171), Summary File for Louisiana. Population data, statistical information, and maps are supplied for purposes of information and analysis and comprise no part of <u>proposed law.</u>

Effective for election purposes only for the regular congressional elections in 2012; effective for all purposes on January 3, 2013.

(Adds R.S. 18:1276.1; Repeals R.S. 18:1276)

DIGEST

The digest printed below was prepared by House Legislative Services. It constitutes no part of the legislative instrument. The keyword, one-liner, abstract, and digest do not constitute part of the law or proof or indicia of legislative intent. [R.S. 1:13(B) and 24:177(E)]

Ponti                                                                                          HB No. 6

**Abstract:** Provides for the redistricting of the state's congressional districts and provides for the composition of each of the six congressional districts. Effective for election purposes only for the regular congressional elections in 2012 and for all purposes on Jan. 3, 2013.

Statistical summaries of the proposed law, including district variances from the ideal population of 755,562 and the range of those variances, as well as maps illustrating proposed district boundaries accompany this digest. *(Attached to hard copies of the bill distributed during session and available as a separate document on the Internet.)*

Present U.S. Constitution (14th Amendment) provides that representatives in congress shall be apportioned among the several states according to their respective numbers, counting the whole number of persons in each state. The U.S. Supreme Court has held that the population of congressional districts in the same state must be as nearly equal in population as practicable.

Present law divides the state into seven districts for election of Louisiana's representatives to the U.S. House of Representatives.

Proposed law redraws district boundaries for the six congressional districts, effective for election purposes with the opening of the qualifying period for the 2012 primary election for members of congress.

Proposed law specifies that precincts referenced in district descriptions are those precincts identified as Voting Districts (VTDs) in the 2010 Census Redistricting TIGER/Line Shapefiles for the state of La. Also specifies that if any such precinct has been subdivided by action of the parish governing authority on a nongeographic basis or subdivided by action of the parish governing authority on a geographic basis in accordance with present law, the enumeration of the general precinct designation shall include all nongeographic and all geographic subdivisions thereof. Further provides that the territorial limits of the districts as enacted shall continue in effect without change regardless of any changes made to the precincts by the parish governing authority.

Proposed law specifies that the effectiveness of the law for 2012 election purposes does not reduce the term of congressmen elected at the 2010 congressional election or elected to fill a vacancy for the remainder of a term which began on Jan. 3, 2011. Further specifies that the provisions of proposed law shall not reduce the term of office of any person holding any position or office on the effective date of proposed law, for which the appointment or election is based

upon a congressional district as composed pursuant to present law. Specifies that any position or office filled after Jan. 3, 2013, for which the appointment or election is based on a congressional district shall be appointed or elected from a district as it is described in proposed law.

Proposed law retains present districts until noon on Jan. 3, 2013, at which time present law is repealed and proposed districts are effective for all purposes.

Population data in the summaries accompanying this digest are derived from 2010 Census Redistricting Data (Public Law 94-171), Summary File for Louisiana. Population data, statistical information, and maps are supplied for purposes of information and analysis and comprise no part of proposed law.

Effective for election purposes only for the regular congressional elections in 2012; effective for all purposes on Jan. 3, 2013.

(Adds R.S. 18:1276.1; Repeals R.S. 18:1276)

Summary of Amendments Adopted by House

    Committee Amendments Proposed by House Committee on House and Governmental Affairs
        to the original bill.

1.      Makes changes to Congressional districts 1, 3, 4, 5, and 6.
2.      Moves precincts in Acadia Parish from district 4 to district 3.
3.      Moves precincts in Bienville Parish from district 5 to district 4.
4.      Moves precincts in Claiborne Parish from district 5 to district 4.
5.      Moves precincts in Grant Parish from district 5 to district 4.
6.      Moves one precinct in Jefferson Davis Parish from district 3 to district 4.
7.      Moves precincts in Rapides from district 4 to district 5.
8.      Moves precincts in St. Landry Parish from district 5 to district 4.
9.      Moves precincts in St. Martin Parish from district 3 to district 5.
10.    Moves precincts in St. Tammany Parish from district 1 to district 6.
11.    Moves precincts in Tangipahoa Parish from districts 5 and 6 to districts 6 and 1.
12.    Moves precincts in Washington Parish from district 6 to district 5.
13.    Moves precincts in West Baton Rouge Parish from district 5 to district 6.

DIGEST

The digest printed below was prepared by House Legislative Services. It constitutes no part of the legislative instrument. The keyword, one-liner, abstract, and digest do not constitute part of the law or proof or indicia of legislative intent. [R.S. 1:13(B) and 24:177(E)]

Ponti                                                                                            HB No. 6

**Abstract:** Provides for the redistricting of the state's congressional districts and provides for the composition of each of the six congressional districts. Effective for election purposes only for the regular congressional elections in 2012 and for all purposes on Jan. 3, 2013.

Statistical summaries of the <u>proposed law</u>, including district variances from the ideal population of 755,562 and the range of those variances, as well as maps illustrating proposed district boundaries accompany this digest. *(Attached to hard copies of the bill distributed during session and available as a separate document on the Internet.)*

Present U.S. Constitution (14th Amendment) provides that representatives in congress shall be apportioned among the several states according to their respective numbers, counting the whole number of persons in each state. The U.S. Supreme Court has held that the population of congressional districts in the same state must be as nearly equal in population as practicable.

Present law divides the state into seven districts for election of Louisiana's representatives to the U.S. House of Representatives.

Proposed law redraws district boundaries for the six congressional districts, effective for election purposes with the opening of the qualifying period for the 2012 primary election for members of congress.

Proposed law specifies that precincts referenced in district descriptions are those precincts identified as Voting Districts (VTDs) in the 2010 Census Redistricting TIGER/Line Shapefiles for the state of La. Also specifies that if any such precinct has been subdivided by action of the parish governing authority on a nongeographic basis or subdivided by action of the parish governing authority on a geographic basis in accordance with present law, the enumeration of the general precinct designation shall include all nongeographic and all geographic subdivisions thereof. Further provides that the territorial limits of the districts as enacted shall continue in effect without change regardless of any changes made to the precincts by the parish governing authority.

Proposed law specifies that the effectiveness of the law for 2012 election purposes does not reduce the term of congressmen elected at the 2010 congressional election or elected to fill a vacancy for the remainder of a term which began on Jan. 3, 2011. Further specifies that the provisions of proposed law shall not reduce the term of office of any person holding any position or office on the effective date of proposed law, for which the appointment or election is based

upon a congressional district as composed pursuant to present law. Specifies that any position or office filled after Jan. 3, 2013, for which the appointment or election is based on a congressional district shall be appointed or elected from a district as it is described in proposed law.

Proposed law retains present districts until noon on Jan. 3, 2013, at which time present law is repealed and proposed districts are effective for all purposes.

Population data in the summaries accompanying this digest are derived from 2010 Census Redistricting Data (Public Law 94-171), Summary File for Louisiana. Population data, statistical information, and maps are supplied for purposes of information and analysis and comprise no part of proposed law.

Effective for election purposes only for the regular congressional elections in 2012; effective for all purposes on Jan. 3, 2013.

(Adds R.S. 18:1276.1; Repeals R.S. 18:1276)

Summary of Amendments Adopted by House

Committee Amendments Proposed by House Committee on House and Governmental Affairs to the original bill.

1. Makes changes to congressional districts 1, 3, 4, 5, and 6.
2. Moves precincts in Acadia Parish from district 4 to district 3.
3. Moves precincts in Bienville Parish from district 5 to district 4.
4. Moves precincts in Claiborne Parish from district 5 to district 4.
5. Moves precincts in Grant Parish from district 5 to district 4.
6. Moves one precinct in Jefferson Davis Parish from district 3 to district 4.
7. Moves precincts in Rapides from district 4 to district 5.
8. Moves precincts in St. Landry Parish from district 5 to district 4.
9. Moves precincts in St. Martin Parish from district 3 to district 5.
10. Moves precincts in St. Tammany Parish from district 1 to district 6.
11. Moves precincts in Tangipahoa Parish from districts 5 and 6 to districts 6 and 1.
12. Moves precincts in Washington Parish from district 6 to district 5.
13. Moves precincts in West Baton Rouge Parish from district 5 to district 6.

<u>House Floor Amendments to the engrossed bill.</u>

1.     Makes changes to all congressional districts.

Ponti                                                                    HB No. 6

**REAPPORTIONMENT/CONGRESS:  Provides relative to the districts for elected members of the United States Congress (Item #3).**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DIGEST

Present U.S. Constitution (14th Amendment) provides that representatives in congress shall be apportioned among the several states according to their respective numbers, counting the whole number of persons in each state. The U.S. Supreme Court has held that the population of congressional districts in the same state must be as nearly equal in population as practicable.

Present law divides the state into seven districts for election of Louisiana's representatives to the U.S. House of Representatives.

Proposed law redraws district boundaries for the six congressional districts, effective for election purposes with the opening of the qualifying period for the 2012 primary election for members of congress.

Proposed law specifies that precincts referenced in district descriptions are those precincts identified as Voting Districts (VTDs) in the 2010 Census Redistricting TIGER/Line Shapefiles for the state of La. Also specifies that if any such precinct has been subdivided by action of the parish governing authority on a nongeographic basis or subdivided by action of the parish governing authority on a geographic basis in accordance with present law, the enumeration of the general precinct designation shall include all nongeographic and all geographic subdivisions thereof.  Further provides that the territorial limits of the districts as enacted shall continue in effect without change regardless of any changes made to the precincts by the parish governing authority.

Proposed law specifies that the effectiveness of the law for 2012 election purposes does not reduce the term of congressmen elected at the 2010 congressional election or elected to fill a vacancy for the remainder of a term which began on Jan. 3, 2011.  Further specifies that the provisions of proposed law shall not reduce the term of office of any person holding any position or office on the effective date of proposed law, for which the appointment or election is based upon a congressional district as composed pursuant to present law. Specifies that any position or office filled after Jan. 3, 2013, for which the appointment or election is based on a congressional district shall be appointed or elected from a district as it is described in proposed law.

Proposed law retains present districts until noon on Jan. 3, 2013, at which time present law is repealed and proposed districts are effective for all purposes.

Population data in the summaries accompanying this digest are derived from 2010 Census Redistricting Data (Public Law 94-171), Summary File for Louisiana.  Population data, statistical information, and maps are supplied for purposes of information and analysis and comprise no part of proposed law.

Effective for election purposes only for the regular congressional elections in 2012; effective for all purposes on Jan. 3, 2013.

(Adds R.S. 18:1276.1; repeals R.S. 18:1276)

EXHIBIT

C

Summary of Amendments Adopted by House

Committee Amendments Proposed by House Committee on House and Governmental
Affairs to the original bill.

1.    Makes changes to congressional districts 1, 3, 4, 5, and 6.
2.    Moves precincts in Acadia Parish from district 4 to district 3.
3.    Moves precincts in Bienville Parish from district 5 to district 4.
4.    Moves precincts in Claiborne Parish from district 5 to district 4.
5.    Moves precincts in Grant Parish from district 5 to district 4.
6.    Moves one precinct in Jefferson Davis Parish from district 3 to district 4.
7.    Moves precincts in Rapides from district 4 to district 5.
8.    Moves precincts in St. Landry Parish from district 5 to district 4.
9.    Moves precincts in St. Martin Parish from district 3 to district 5.
10.   Moves precincts in St. Tammany Parish from district 1 to district 6.
11.   Moves precincts in Tangipahoa Parish from districts 5 and 6 to districts 6 and 1.
12.   Moves precincts in Washington Parish from district 6 to district 5.
13.   Moves precincts in West Baton Rouge Parish from district 5 to district 6.

House Floor Amendments to the engrossed bill.

1.    Makes changes to all congressional districts.


Summary of Amendments Adopted by Senate

Committee Amendments Proposed by Senate Committee on Senate and Governmental
Affairs to the reengrossed bill.

1.    Adds various precincts to, and deletes various precincts from, the composition
of certain congressional districts set forth in proposed law.



# UNITED STATES OF AMERICA
## State of Louisiana

### Tom Schedler
#### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that* the annexed and following pages contain a true and correct copy of Act No. 2 of the 2011 First

Extraordinary Session of the Legislature (House Bill No. 6), as shown by comparison with the

original on file in the archives of this office.

*In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,* this, the 19th day of April, 2011.

*Secretary of State*



**EXHIBIT**

A

# ACT 2

**ENROLLED**

First Extraordinary Session, 2011

HOUSE BILL NO. 6

BY REPRESENTATIVES PONTI, HENRY BURNS, CARMODY, CARTER, FOIL, HOWARD, LAMBERT, MORRIS, POPE, RICHARDSON, SEABAUGH, SMILEY, JANE SMITH, ST. GERMAIN, AND WHITE

## AN ACT

To enact R.S. 18:1276.1 and to repeal R.S. 18:1276, relative to congressional districts; to provide for the redistricting of Louisiana's congressional districts; to provide with respect to positions and offices, other than congressional, which are based upon congressional districts; to provide for the effectiveness; and to provide for related matters.



# ORIGINATED

## IN THE

# House of Representatives

GOVERNOR'S OFFICE

APR 1 3 2011

TIME 4:45 pm
RECEIVED Amanda Austin

**RECEIVED**
BY SECRETARY OF STATE

APR 1 5 2011

PUBLICATIONS DIVISION

_____
Clerk of the House of Representatives


# ACT 2

First Extraordinary Session, 2011

HOUSE BILL NO. 6

BY REPRESENTATIVES PONTI, HENRY BURNS, CARMODY, CARTER, FOIL, HOWARD, LAMBERT, MORRIS, POPE, RICHARDSON, SEABAUGH, SMILEY, JANE SMITH, ST. GERMAIN, AND WHITE

1              AN ACT

2  To enact R.S. 18:1276.1 and to repeal R.S. 18:1276, relative to congressional districts; to

3       provide for the redistricting of Louisiana's congressional districts; to provide with

4       respect to positions and offices, other than congressional, which are based upon

5       congressional districts; to provide for the effectiveness; and to provide for related

6       matters.

7  Be it enacted by the Legislature of Louisiana:

8       Section 1.  R.S. 18:1276.1 is hereby enacted to read as follows:

9       §1276.1.  Congressional districts

10          Louisiana shall be divided into six congressional districts, and the qualified

11  electors of each district shall elect one representative to the United States House of

12  Representatives.  The districts shall be composed as follows:

13          (1)  District 1 is composed of Precincts 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14,

14  15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,

15  38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 52, 53, 54, 55, 56, 58, 59, 60, 61, 62, 63, 64, 65,

16  66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88,

17  89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 105, 106, 117, 118, 119,

18  120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 132, 134, 136, 192, 198, 199,

19  246, 247, 248, 1-GI, 1-H, 2-H, 3-H, 4-H, 5-H, 6-H, 7-H, 8-H, 9-H, 1-K, 2-K, 3-K,

20  4-K, 5-K, 6-K, 7-K, 8-K, 9-K, 10-K, 11-K, 12-K, 13-KA, 14-K, 16-K, 17-K, 18-K,

21  19-K, 20-K, 25-K, 27-K, 28-K, 34-K, 35-K and 1-L of Jefferson Parish; Precincts

22  3-2, 3-3, 3-6, 4-1, 4-2, 4-3, 4-4, 4-5, 4-6, 8-1, 9-1, 9-2, 10-1, 10-2, 10-3, 10-4, 10-5,

23  10-6, 10-7, 10-8, 10-9, 10-10, 10-11, 10-12, 10-13, 10-14, 10-15, 10-16, 11-1 and

24  11-2 of Lafourche Parish; Precincts 3-20, 4-7, 4-8, 4-9, 4-11, 4-14, 4-15, 4-17,

CODING: Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HB NO. 6                                          **ENROLLED**

1    4-17A, 4-18, 4-20, 4-21, 4-22, 4-23, 5-15, 5-16, 5-17, 5-18, 7-41, 7-42, 14-2, 14-3,

2    14-4, 14-5, 14-6, 14-7, 14-8, 14-9, 14-10, 14-11, 14-12, 14-13A, 14-14, 14-15,

3    14-16, 14-18A, 14-19, 14-21, 16-2, 16-3, 17-1, 17-17, 17-18, 17-18A, 17-19 and

4    17-20 of Orleans Parish; Plaquemines Parish; St. Bernard Parish; St. Tammany

5    Parish; Precincts 40, 40A, 41, 42, 42A, 43, 44, 45, 45A, 46, 47, 48, 49, 70, 70A, 71,

6    72, 72A, 73, 74, 119, 121B, 122, 122A, 123, 124, 127, 127A, 129, 129A, 133, 133A,

7    137, 137A, 137B, 137C, 137D, 139, 141, 141A, 143, 145, 149, 149A and 151 of

8    Tangipahoa Parish and Precincts 15, 20, 21, 23, 24, 25, 28, 29, 31, 32, 33, 34, 35, 36,

9    38, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63,

10   69, 70, 71, 72, 73, 78, 80, 83, 84, 85, 88, 89 and 90 of Terrebonne Parish.

11        (2)  District 2 is composed of Precincts 30, 36, 37, 39, 42, 44, 45, 47, 48, 49,

12   50, 51, 52, 53, 54, 55, 56, 57 and 60 of Ascension Parish; Precincts 1-1, 1-2, 2-2, 6-1,

13   6-2 and 7-1 of Assumption Parish; Precincts 1-2, 1-3, 1-4, 1-5, 1-6, 1-10, 1-13, 1-14,

14   1-15, 1-16, 1-17, 1-18, 1-19, 1-21, 1-22, 1-23, 1-24, 1-25, 1-26, 1-27, 1-28, 1-29,

15   1-30, 1-31, 1-32, 1-36, 1-45, 1-50, 1-51, 1-58, 1-61, 1-62, 1-63, 1-67, 1-77, 1-84,

16   1-85, 1-86, 1-91, 1-92, 1-93, 1-94, 1-95, 1-100, 1-101, 1-104, 2-1, 2-9, 2-11, 2-13,

17   2-16, 2-20, 2-22, 2-23, 2-24 and 2-30 of East Baton Rouge Parish; Precincts 1, 2, 3,

18   6, 7, 8, 10, 11, 12, 13A, 13B, 13C, 14, 14A, 14B, 15, 15A, 16, 17, 17A, 18, 19, 19A,

19   20, 21, 22 and 23 of Iberville Parish; Precincts 57, 104, 107, 108, 115, 116, 131, 133,

20   138, 150, 151, 152, 153, 154, 155, 156, 157A, 157B, 170, 171, 172, 173, 174, 175,

21   176, 177, 178, 179A, 179B, 180, 181, 182, 183, 184, 185A, 185B, 187, 188, 189,

22   190, 191, 193, 194A, 194B, 195, 196, 197A, 197B, 197C, 200, 201, 202, 203, 204,

23   205, 210, 211, 212A, 212B, 213A, 213B, 213C, 214A, 214B, 215, 216A, 216B, 217,

24   225, 226, 227, 228, 229, 230, 231, 232A, 232B, 234, 235, 236, 237, 238, 1-G, 2-G,

25   3-G, 4-G, 5-G, 6-G, 7-G, 8-G, 9-G, 10-G, 11-G, 12-G, 13-G, 13-KB, 15-K, 21-K,

26   22-K, 23-K, 24-K, 26-K, 29-K, 30-K, 31-K, 33-K, 1-W, 2-W, 3-W, 4-W, 5-W, 6-W

27   and 7-W of Jefferson Parish; Precincts 1-1, 1-2, 1-5, 1-6, 2-1, 2-2, 2-3, 2-4, 2-6,

28   2-6A, 2-7, 3-1, 3-3, 3-5, 3-8, 3-9, 3-12, 3-14, 3-15, 3-18, 3-19, 4-2, 4-3, 4-4, 4-5, 4-6,

29   5-1, 5-2, 5-3, 5-4, 5-5, 5-7, 5-8, 5-9, 5-10, 5-11, 5-12, 5-13, 6-1, 6-2, 6-4, 6-6, 6-7,

30   6-8, 6-9, 7-1, 7-2, 7-4, 7-5, 7-6, 7-7, 7-8, 7-9A, 7-10, 7-11, 7-12, 7-13, 7-14, 7-15,

CODING: Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HB NO. 6                                                    **ENROLLED**

1    7-16, 7-17, 7-18, 7-19, 7-20, 7-21, 7-23, 7-24, 7-25, 7-25A, 7-26, 7-27, 7-27B, 7-28,

2    7-28A, 7-29, 7-30, 7-32, 7-33, 7-34, 7-35, 7-37, 7-37A, 7-40, 8-1, 8-2, 8-4, 8-6, 8-7,

3    8-8, 8-9, 8-12, 8-13, 8-14, 8-15, 8-19, 8-20, 8-21, 8-22, 8-23, 8-24, 8-25, 8-26, 8-27,

4    8-28, 8-30, 9-1, 9-3, 9-3A, 9-4, 9-5, 9-5A, 9-6B, 9-6C, 9-6D, 9-6E, 9-6F, 9-7, 9-8,

5    9-8A, 9-9, 9-10, 9-11, 9-12, 9-13, 9-14, 9-15, 9-16, 9-17, 9-19, 9-21, 9-23, 9-25,

6    9-26, 9-28, 9-28C, 9-28E, 9-29, 9-30, 9-30A, 9-31, 9-31A, 9-31B, 9-31D, 9-32, 9-33,

7    9-34A, 9-35, 9-35A, 9-36, 9-36B, 9-37, 9-38, 9-38A, 9-39, 9-39B, 9-40, 9-40A,

8    9-40C, 9-41, 9-41A, 9-41B, 9-41C, 9-41D, 9-42, 9-42C, 9-43A, 9-43B, 9-43C,

9    9-43E, 9-43F, 9-43G, 9-43H, 9-43I, 9-43J, 9-43K, 9-43L, 9-43M, 9-43N, 9-44,

10   9-44A, 9-44B, 9-44D, 9-44E, 9-44F, 9-44G, 9-44I, 9-44J, 9-44L, 9-44M, 9-44N,

11   9-44O, 9-44P, 9-44Q, 9-45, 9-45A, 10-3, 10-6, 10-7, 10-8, 10-9, 10-11, 10-12,

12   10-13, 10-14, 11-2, 11-3, 11-4, 11-5, 11-8, 11-9, 11-10, 11-11, 11-12, 11-13, 11-14,

13   11-17, 12-1, 12-2, 12-3, 12-4, 12-5, 12-6, 12-7, 12-8, 12-9, 12-10, 12-11, 12-12,

14   12-13, 12-14, 12-16, 12-17, 12-19, 13-1, 13-2, 13-3, 13-4, 13-5, 13-6, 13-7, 13-8,

15   13-9, 13-10, 13-11, 13-12, 13-13, 13-14, 13-15, 13-16, 14-1, 14-17, 14-20, 14-23,

16   14-24A, 14-25, 14-26, 15-1, 15-2, 15-3, 15-5, 15-6, 15-8, 15-9, 15-10, 15-11, 15-12,

17   15-12A, 15-13, 15-13A, 15-13B, 15-14, 15-14A, 15-14B, 15-14C, 15-14D, 15-14E,

18   15-14F, 15-14G, 15-15, 15-15A, 15-15B, 15-16, 15-17, 15-17A, 15-17B, 15-18,

19   15-18A, 15-18B, 15-18C, 15-18D, 15-18E, 15-18F, 15-19, 15-19A, 15-19B, 15-19C,

20   16-1, 16-1A, 16-4, 16-5, 16-6, 16-7, 16-8, 16-9, 17-2, 17-3, 17-4, 17-5, 17-6, 17-7,

21   17-8, 17-9, 17-10, 17-11, 17-12, 17-13, 17-13A, 17-14, 17-15 and 17-16 of Orleans

22   Parish; Precincts 1-1, 1-2, 1-3, 1-5, 2-1, 2-2, 2-3, 2-4, 2-5, 3-5, 4-1, 4-2, 4-3, 4-4, 5-1,

23   5-4, 6-6, 6-7, 6-8, 7-1, 7-2, 7-3 and 7-4 of St. Charles Parish; St. James Parish;

24   Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 2-1, 2-2, 2-3, 2-4, 3-1, 3-2, 3-3, 3-4, 4-1, 4-2, 4-3,

25   4-4, 4-9, 5-1, 5-2, 5-5, 6-1, 6-3, 6-4 and 7-7 of St. John the Baptist Parish and

26   Precincts 1-1, 3-1A, 3-2, 4-2, 4-3A, 4-4, 4-5 and 5-1 of West Baton Rouge Parish.

27        (3)   District 3 is composed of Acadia Parish; Calcasieu Parish; Cameron

28   Parish; Iberia Parish; Jefferson Davis Parish; Lafayette Parish; Precincts 2-2, 2-6, 2-8

29   and 3-3 of St. Landry Parish; St. Martin Parish; St. Mary Parish and Vermilion

30   Parish.

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HB NO. 6                                                                                    **ENROLLED**

1    (4)  District 4 is composed of Allen Parish; Beauregard Parish; Bienville

2    Parish; Bossier Parish; Caddo Parish; Claiborne Parish; De Soto Parish; Evangeline

3    Parish; Natchitoches Parish; Red River Parish; Sabine Parish; Precincts 1-2, 1-2A,

4    1-3, 1-3A, 1-5, 1-14, 1-19, 1-23, 1-24, 2-1, 2-3, 2-4, 2-5, 2-7, 2-9, 3-2, 4-8, 5-1, 5-2,

5    5-3, 5-4, 5-5, 5-6, 5-8, 6-1, 6-2, 6-3, 6-4, 6-5, 6-6, 6-7, 6-8, 6-9, 6-10, 6-11, 6-11A,

6    6-13, 6-14, 6-15, 6-16 and 6-16A of St. Landry Parish; Union Parish; Vernon Parish

7    and Webster Parish.

8    (5)  District 5 is composed of Avoyelles Parish; Caldwell Parish; Catahoula

9    Parish; Concordia Parish; East Carroll Parish; Precincts 1-2B, 3-1A, 3-1B, 3-1C,

10   3-2A, 3-2B, 4-1A, 4-1B, 4-2, 5-1, 5-3, 7-1, 8-1A and 8-1B of East Feliciana Parish;

11   Franklin Parish; Grant Parish; Jackson Parish; La Salle Parish; Lincoln Parish;

12   Madison Parish; Morehouse Parish; Ouachita Parish; Rapides Parish; Richland

13   Parish; Precincts 1-1 and 6-1 of St. Helena Parish; Precincts 1-1, 1-4, 1-4A, 1-6, 1-7,

14   1-8, 1-9, 1-10, 1-11, 1-12, 1-13, 1-15, 1-15A, 1-16, 1-17, 1-18, 1-20, 1-21, 1-22,

15   1-25, 1-26, 1-26A, 1-28, 1-28A, 1-29, 3-1, 3-4, 3-5, 3-6, 4-2, 4-3, 4-4, 4-5, 4-6, 4-7,

16   4-9, 4-10, 4-11, 4-12, 4-12A and 4-13 of St. Landry Parish; Precincts 1, 2, 6, 11, 15,

17   16, 17, 18, 26, 27, 27A, 28, 28A, 33, 101, 102, 103, 104, 104A, 105, 106, 106A,

18   106B, 107, 108, 109, 109A, 110, 111, 111A, 112, 114, 115B, 116, 117, 118, 120,

19   120A, 120B, 121, 121A and 125 of Tangipahoa Parish; Tensas Parish; Washington

20   Parish; West Carroll Parish; West Feliciana Parish and Winn Parish.

21   (6)  District 6 is composed of Precincts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13,

22   14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 31, 32, 33, 34, 35, 40, 41, 43,

23   58 and 61 of Ascension Parish; Precincts 2-1, 2-3, 3-1, 3-2, 4-1, 4-2, 5-1, 5-2, 5-3,

24   5-4, 7-2, 8-1 and 9-1 of Assumption Parish; Precincts 1-1, 1-7, 1-8, 1-9, 1-12, 1-33,

25   1-34, 1-35, 1-37, 1-38, 1-39, 1-40, 1-41, 1-42, 1-43, 1-44, 1-46, 1-47, 1-48, 1-49,

26   1-52, 1-53, 1-54, 1-55, 1-56, 1-57, 1-59, 1-60, 1-64, 1-65, 1-66, 1-68, 1-69, 1-70,

27   1-71, 1-72, 1-73, 1-74, 1-75, 1-78, 1-80, 1-81, 1-82, 1-83, 1-87, 1-88, 1-89, 1-90,

28   1-97, 1-98, 1-99, 1-102, 1-103, 1-105, 1-107, 2-2, 2-3, 2-4, 2-5, 2-6, 2-7, 2-8, 2-10,

29   2-12, 2-14, 2-15, 2-17, 2-18, 2-19, 2-21, 2-25, 2-26, 2-27, 2-28, 2-29, 2-31, 2-32, 3-1,

30   3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-8, 3-9, 3-10, 3-11, 3-12, 3-13, 3-14, 3-15, 3-16, 3-17,

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HB NO. 6                                                                    **ENROLLED**

3-18, 3-19, 3-20, 3-21, 3-22, 3-23, 3-24, 3-25, 3-26, 3-27, 3-28, 3-29, 3-30, 3-31,

3-32, 3-33, 3-34, 3-35, 3-36, 3-37, 3-38, 3-39, 3-40, 3-41, 3-42, 3-43, 3-44, 3-45,

3-46, 3-47, 3-48, 3-49, 3-50, 3-51, 3-52, 3-53, 3-54 and 3-55 of East Baton Rouge

Parish; Precincts 1-1, 1-2A, 1-3, 2-1A, 2-1B, 2-1C, 5-2 and 6-1 of East Feliciana

Parish; Precincts 4, 5, 6A, 13, 15B, 24, 25, 25A, 25B, 26, 26A, 27, 28, 29, 30, 31 and

32 of Iberville Parish; Precincts 1-1, 1-2, 1-3, 1-4, 2-1, 2-1A, 2-2, 2-3, 2-3A, 2-4,

2-4A, 2-5, 2-6, 2-7, 2-8, 2-9, 2-10, 2-11, 2-12, 2-13, 2-14, 3-1, 3-4, 3-5, 5-1, 5-1A,

5-1B, 5-2, 6-1, 6-2, 6-3, 6-4, 7-1, 7-2, 7-3, 7-4, 11-3 and 11-4 of Lafourche Parish;

Livingston Parish; Pointe Coupee Parish; Precincts 1-6, 3-1, 3-2, 3-3, 3-4, 3-6, 5-2,

5-3, 5-5, 6-1, 6-2, 6-3, 6-4 and 6-5 of St. Charles Parish; Precincts 1-2, 2-1, 2-2, 3-1,

3-2, 3-3, 4-1, 4-2, 5-1, 5-2 and 6-2 of St. Helena Parish; Precincts 4-8, 5-3, 5-4, 5-6,

5-7, 7-2, 7-3, 7-4 and 7-5 of St. John the Baptist Parish; Precincts 1, 4, 5, 7, 8, 9, 10,

11, 12, 13, 14, 17, 18, 19, 27, 51, 64, 65, 66, 67, 68, 74, 76, 81, 82, 86 and 87 of

Terrebonne Parish and Precincts 2-1A, 2-1B, 2-2, 2-3, 3-1B, 4-1, 4-3B, 6-1, 6-2, 7-1,

7-2, 7-3 and 7-4 of West Baton Rouge Parish.

Section 2.(A) The precincts referenced in this Act are those Voting Districts (VTDs)

contained in the 2010 Census Redistricting TIGER/Line Shapefiles for the State of

Louisiana.

(B) When a precinct referenced in this Act has been subdivided by action of the

parish governing authority on a nongeographic basis or subdivided by action of the parish

governing authority on a geographic basis in accordance with the provisions of R.S.

18:532.1, the enumeration in this Act of the general precinct designation shall include all

nongeographic and all geographic subdivisions thereof, however such subdivisions may be

designated. The territorial limits of the districts as provided in this Act shall continue in

effect without change regardless of any changes made to the precincts by the parish

governing authority.

Section 3. The provisions of this Act shall not reduce the term of office of any

person holding any position or office on the effective date of this Section, for which the

appointment or election is based upon a congressional district as composed pursuant to R.S.

18:1276. Any position or office filled after January 3, 2013, for which the appointment or

CODING: Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HB NO. 6                                                    **ENROLLED**

1  election is based on a congressional district shall be appointed or elected from a district as

2  it is described in this Act.

3       Section 4.  R.S. 18:1276 is hereby repealed in its entirety.

4       Section 5.(A)  The provisions of Section 1 of this Act shall become effective solely

5  for the purposes of the election of representatives to the United States Congress at the next

6  regularly scheduled election for representatives to the congress in 2012, commencing on the

7  date and at the time that the qualifying period opens for such offices.  The effectiveness of

8  Section 1 of this Act for such purposes shall not reduce the term of office of any member of

9  the congress elected at the 2010 congressional election or elected to fill a vacancy for the

10  remainder of a term which began on January 3, 2011, or change the district which any

11  member of congress represents pursuant to R.S. 18:1276.  For subsequent elections of

12  representatives to the United States Congress and for all other purposes, the provisions of

13  Section 1 of this Act shall become effective at noon on the third day of January in 2013.

14       (B)  The provisions of Section 4 of this Act shall become effective at noon on the

15  third day of January in 2013.

16       (C)  The provisions of  this Section and Sections 2 and 3 of this Act shall become

17  effective upon signature of this Act by the governor or, if not signed by the governor, upon

18  expiration of the time for bills to become law without signature by the governor, as provided

19  in Article III, Section 18 of the Constitution of Louisiana.  If this Act is vetoed by the

20  governor and subsequently approved by the legislature, the provisions of this Section and

21  Sections 2 and 3 of this Act shall become effective on the day following such approval.


SPEAKER OF THE HOUSE OF REPRESENTATIVES

PRESIDENT OF THE SENATE

GOVERNOR OF THE STATE OF LOUISIANA

APPROVED: _____
                    4/14/11

Page 6 of 6

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

§1276. Congressional districts

A. Louisiana is divided into seven congressional districts, and the qualified electors of each district shall elect one representative to the United States House of Representatives.

(1) District No. 1 is composed of Precincts 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 52, 53, 54, 55, 56, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 105, 106, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 132, 134, 136, 171, 210, 211, 226, 227, 228, 229, 230, 231, 233, 234, 3-G, 5-G, 9-G, 10-G, 1-H, 2-H, 3-H, 4-H, 5-H, 6-H, 7-H, 8-H, 9-H, 1-K, 2-K, 3-K, 4-K, 5-K, 6-K, 7-K, 8-K, 9-K, 10-K, 11-K, 12-K, 13-KA, 16-K, 17-K, 19-K, 20-K, 25-K, 34-K, and 35-K of Jefferson Parish; Precincts 4-9, 4-10, 4-10A, 4-11, 4-14, 4-14A, 4-15, 4-16, 4-16A, 4-17, 4-17A, 4-18, 4-18A, 4-19, 4-20, 4-20A, 4-21, 4-21A, 4-22, 4-23, 5-12, 5-13, 5-14, 5-15, 5-16, 5-17, 5-18, 7-41, 7-42, 14-1, 14-2, 14-3, 14-4, 14-5, 14-6, 14-7, 14-8, 14-9, 14-10, 14-11, 16-2, 17-1, 17-17, 17-18, 17-18A, 17-18B, 17-19, 17-19A, 17-20, and 17-21 of Orleans Parish; Precincts 1-6, 3-1, 3-2, 3-3, 3-4, and 5-5 of St. Charles Parish; St. Tammany Parish; Tangipahoa Parish; and Washington Parish.

(2) District No. 2 is composed of Precincts 57, 104, 107, 108, 115, 131, 133, 138, 150, 151, 152, 153, 154, 155, 156, 157, 170, 172, 173, 174, 175, 176, 177, 178, 179A, 179B, 180, 181, 182, 183, 184, 185, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 197, 200, 201, 202, 203, 204, 205, 212, 213A, 213B, 213C, 214, 215, 216, 217, 225, 232, 235, 236, 237, 238, 1-G, 2-G, 4-G, 6-G, 7-G, 8-G, 11-G, 13-KB, 14-K, 15-K, 18-K, 21-K, 22-K, 23-K, 24-K, 26-K, 27-K, 28-K, 29-K, 30-K, 31-K, 33-K, 1-W, 2-W, 3-W, 4-W, 5-W, 6-W, and 7-W of Jefferson Parish and Precincts 1-1, 1-2, 1-5, 1-6, 1-7, 2-1, 2-2, 2-3, 2-4, 2-6, 2-6A, 2-7, 3-1, 3-3, 3-5, 3-8, 3-9, 3-10, 3-12, 3-14, 3-15, 3-16, 3-18, 3-19, 3-20, 4-2, 4-3, 4-4, 4-5, 4-6, 4-7, 4-8, 5-1, 5-2, 5-3, 5-4, 5-5, 5-6, 5-7, 5-8, 5-9, 5-10, 5-11, 6-1, 6-2, 6-4, 6-5, 6-6, 6-7, 6-8, 6-9, 7-1, 7-2, 7-4, 7-4A, 7-5, 7-6, 7-7, 7-8, 7-9, 7-9A, 7-10, 7-11, 7-12, 7-13, 7-14, 7-15, 7-16, 7-17, 7-18, 7-19, 7-20, 7-20A, 7-21, 7-22, 7-23, 7-24, 7-25, 7-25A, 7-26, 7-26A, 7-27, 7-27A, 7-27B, 7-28, 7-28A, 7-29, 7-30, 7-31, 7-32, 7-33, 7-33A, 7-34, 7-35, 7-36, 7-36A, 7-37, 7-37A, 7-38A, 7-39, 7-40, 8-1, 8-2, 8-4, 8-6, 8-7, 8-8, 8-9, 8-10, 8-11, 8-12, 8-13, 8-14, 8-15, 8-16, 8-17, 8-18, 8-19, 8-20, 8-21, 8-22, 8-23, 8-24, 8-25, 8-25A, 8-26, 8-26A, 8-27, 8-27A, 8-28, 8-29, 8-30, 9-1, 9-2, 9-3A, 9-3B, 9-3, 9-4, 9-5, 9-5A, 9-6B, 9-6C, 9-6D, 9-6E, 9-6F, 9-7, 9-8, 9-8A, 9-8B, 9-9, 9-10, 9-11, 9-12, 9-13, 9-14, 9-15, 9-16, 9-17, 9-18, 9-19, 9-21, 9-22, 9-23, 9-24, 9-25, 9-25A, 9-26, 9-26A, 9-27, 9-28, 9-28A, 9-28C, 9-28D, 9-28E, 9-28F, 9-29, 9-29A, 9-30, 9-30A, 9-31, 9-31A, 9-31B, 9-31C, 9-31D, 9-31E, 9-32, 9-33, 9-33A, 9-34, 9-34A, 9-35, 9-35A, 9-36, 9-36A, 9-36B, 9-36C, 9-37, 9-37A, 9-38, 9-38A, 9-38B, 9-39, 9-39A, 9-39B, 9-40, 9-40A, 9-40B, 9-40C, 9-41, 9-41A, 9-41B, 9-41C, 9-41D, 9-42, 9-42A, 9-42B, 9-42C, 9-42D, 9-42E, 9-43A, 9-43B, 9-43C, 9-43D, 9-43E, 9-43F, 9-43G, 9-43H, 9-43I, 9-43J, 9-43K, 9-43L, 9-43M, 9-43N, 9-44, 9-44A, 9-44B, 9-44D, 9-44E, 9-44F, 9-44G, 9-44I, 9-44J, 9-44L, 9-44M, 9-44N, 9-44O, 9-44P, 9-44Q, 9-45, 9-45A, 10-3, 10-5, 10-6, 10-7, 10-8, 10-9, 10-11, 10-12, 10-13, 10-14, 11-2, 11-3, 11-4, 11-5, 11-8, 11-9, 11-10, 11-11, 11-12, 11-13, 11-14, 11-15, 11-16, 11-17, 11-18, 11-19, 12-1, 12-2, 12-3, 12-4, 12-5, 12-6, 12-7, 12-8, 12-9, 12-10, 12-11, 12-12, 12-13, 12-14, 12-16, 12-17, 12-18, 12-19, 12-20, 13-1, 13-2, 13-3, 13-4, 13-5, 13-6, 13-7, 13-8, 13-9, 13-10, 13-11, 13-12, 13-13, 13-14, 13-14A, 13-15, 13-16, 14-12, 14-13A, 14-14, 14-15, 14-16, 14-17, 14-18A, 14-19, 14-20, 14-21, 14-22, 14-23, 14-24A, 14-25, 14-26, 15-1, 15-2, 15-3, 15-5, 15-6, 15-8, 15-9, 15-10, 15-11, 15-12, 15-12A, 15-13, 15-13A, 15-13B, 15-14, 15-14A, 15-14B, 15-14C, 15-14D, 15-14E, 15-14F, 15-14G, 15-15, 15-15A, 15-15B, 15-16, 15-17, 15-17A, 15-17B, 15-18, 15-18A, 15-18B, 15-18C, 15-18D, 15-18E, 15-18F, 15-19, 15-19A, 15-19B, 15-19C, 16-1, 16-1A, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8, 16-9, 17-2, 17-3, 17-4, 17-5, 17-6, 17-7, 17-8, 17-9, 17-10, 17-11, 17-12, 17-13, 17-13A, 17-14, 17-15, and 17-16 of Orleans Parish.

(3) District No. 3 is composed of Precincts 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, and 55 of Ascension Parish; Assumption Parish; Iberia Parish; Precincts 198, 199, 246, 247, 248, 249, 1-GI, and 1-L of Jefferson Parish; Lafourche Parish; Plaquemines Parish; St. Bernard Parish; Precincts 1-1, 1-2, 1-3, 1-5, 2-1, 2-2, 2-3, 2-4, 2-5, 2-7, 2-8, 4-1, 4-2, 4-3, 4-4, 5-1, 5-2, 5-3, 5-4, 6-1, 6-2, 6-3, 6-4, 6-5, 6-6, 6-7, 7-1, 7-2, 7-3, and 7-4 of St. Charles Parish; St. James Parish; St. John the Baptist Parish; St. Martin Parish; St. Mary Parish; and Terrebonne Parish.

(4) District No. 4 is composed of Precincts 1-1, 1-3, 1-4, 1-6, 1-7, 2-2, 2-3, 2-4-C, 2-4-O, 2-5, 2-6, 3-1, 3-2, and 4-3 of Allen Parish; Beauregard Parish; Bienville Parish; Bossier Parish; Caddo Parish; Claiborne Parish; DeSoto Parish; Grant Parish; Natchitoches Parish;


EXHIBIT
B

Parish; Sabine Parish; Vernon Parish; and Webster Parish.

(5) District No. 5 is composed of Precincts 1-2, 1-5, 2-1, 4-1, 4-2, 5-1, 5-2, 5-3, 5-4-C, 5-4-O, 5-5, 5-7, 5-8, 5-9, 5-10, 5-11, 5-12, and 5-13 of Allen Parish; Avoyelles Parish; Caldwell Parish; Catahoula Parish; Concordia Parish; East Carroll Parish; Precincts 1-2, 1-6, 1-13-0, 1-13-1, 1-14, 3-1, 3-4, 3-7, 4-1-0R, 4-1-1R, 4-1-2R, 4-1C, 4-2-0, 4-2-1, 4-3, 4-4, 5-1, 5-2, 5-3, 5-4C, 5-4-R, and 5-5 of Evangeline Parish; Franklin Parish; Precincts 13A, 13B, 14, 14A, 14B, 15, 16, 19, 19A, 20, 21, 22, 23, 26, 27, 28, 29, 30, 31, and 32 of Iberville Parish; Jackson Parish; LaSalle Parish; Lincoln Parish; Madison Parish; Morehouse Parish; Ouachita Parish; Precincts 1, 2, 3, 4, 5, 6, 7, 8, 9, 13, 14, 16, 17, 18, and 19 of Pointe Coupee Parish; Rapides Parish; Richland Parish; Tensas Parish; Union Parish; West Carroll Parish; and Winn Parish.

(6) District No. 6 is composed of Precincts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21 of Ascension Parish; East Baton Rouge Parish; East Feliciana Parish; Precincts 1, 2, 3, 4, 5, 6, 6A, 7, 8, 10, 10A, 11, 12, 13, 15A, 15B, 17, 17A, 18, 24, 25, 25A, 25B, and 26A of Iberville Parish; Livingston Parish; Precincts 10, 11, 12, 15, 20, 21, 22, 23, and 24 of Pointe Coupee Parish; St. Helena Parish; West Baton Rouge Parish; and West Feliciana Parish.

(7) District No. 7 is composed of Acadia Parish; Calcasieu Parish; Cameron Parish; Precincts 1-1-0, 1-1-1, 1-3, 1-4C, 1-4R, 1-5, 1-7, 1-8-0, 1-8-1, 1-8-2, 1-9-0C, 1-9R, 1-10-0, 1-10-1, 1-11, 1-12, 1-15, 1-16-1R, 1-16-0R, 1-17-C, 1-17-R, 2-1, 2-2, 2-3, 2-4, 2-5, 3-2, 3-3, 3-5, and 3-6 of Evangeline Parish; Jefferson Davis Parish; Lafayette Parish; St. Landry Parish; and Vermilion Parish.

B. The precincts to which reference is made in this Section are those adopted by the respective parish governing authorities under the provisions of R.S. 18:532 and made effective not later than January 1, 2000, for the purpose of establishing block boundaries for the 2000 federal decennial census and for reapportionment purposes. However, for those precincts subsequently changed by or pursuant to a court order or by ordinance of the respective parish governing authority as provided in R.S. 18:532.1(G) and validated by the Legislature of Louisiana prior to June 23, 2001, reference is to precincts so changed and validated.

C. When a precinct enumerated in this Section has been subdivided by action of the parish registrar of voters or governing authority on a nongeographic basis (for purposes of polling), or subdivided by action of the parish governing authority on a geographic basis under the provisions of R.S. 18:532.1(G), the enumeration in this Section of the general precinct designation shall include all polling subdivisions thereof and all geographic subdivisions thereof, however such subdivisions may be designated. The territorial limits of the congressional districts as provided in Subsection A of this Section and subject to the provisions of Subsection B of this Section shall continue in effect without change regardless of any changes made to the precincts by the parish registrar of voters or the parish governing authority.

D. This Section shall not reduce the term of office of any member of congress who was elected at the 2000 congressional election or who was elected to fill a vacancy for the remainder of a term which began on January 3 , 2001.

E. A vacancy in the representation of any congressional district which is filled after January 3, 2003, shall be filled as provided by law from that district as it is described in this Section.

F. This Section shall not reduce the term of office of any person holding any position or office on January 3, 2003, for which the appointment or election is based upon a congressional district. Any position or office filled after January 3, 2003, for which the appointment or election is based on a congressional district shall be appointed or elected from that district as it is described in this Section.

Acts 2001, 2nd Ex. Sess., No. 10, §1, eff. Jan. 3, 2003 (eff. for election purposes only for the regular elections in 2002).

NOTE: See Acts 2001, 2nd Ex. Sess., No. 10, §3, relative to effectiveness of the Act.

**James D. "Buddy"**
# CALDWELL
INTEGRITY & CREDIBILITY

# ATTORNEY GENERAL

P.O. Box 94005 • Baton Rouge, LA 70804
225-326-6705 • www.ag.state.la.us

PUBLIC INFORMATION OFFICE PRESS LINE: 225.326.6780

June 1, 2011
FOR IMMEDIATE RELEASE

### LOUISIANA DEPARTMENT OF JUSTICE
### OFFICIALLY SUBMITS
### CONGRESSIONAL DISTRICT PLAN
### TO U.S. JUSTICE DEPARTMENT

The Louisiana Department of Justice is officially submitting to the U.S. Attorney General for pre-clearance under Section 5 of the Voting Rights Act the Congressional District Plan approved by legislators. Act 2 of the 2011 First Extraordinary Session redistricts Louisiana's congressional districts into 6 districts. The new districts are scheduled to take effect for purposes of qualifying for the election for representatives to the United States Congress at the 2012 regular election. For all other purposes, the Act shall become effective January 3, 2013.

Citizens interested in reviewing the materials submitted to the U.S. Attorney General may do so at the Louisiana Attorney General's Office, 1885 N. Third Street, Baton Rouge, where a complete duplicate copy of the submission is available. The details of the redistricting plan in the enrolled House Bill 6 (Act 2) of the 2011 First Extraordinary Session are also available on the Internet at http://house.louisiana.gov/H_Redistricting2011/. A copy of the submission, without exhibits, is also available on the Internet at www.agbuddycaldwell.com.

Demographic data on disk (magnetic media) is provided in conjunction with this submission for the present Public Service Commission Districts and the new Congressional Districts (Act 2 of the 2011 First Extraordinary Session). The data is provided on a CD which may be purchased from the Louisiana Attorney General's Office for a charge of $25 per CD.

Citizens wishing to comment on the Congressional District Plan (Act 2) for consideration by the Attorney General should do so in writing and mail the comments to:

    Chief, Voting Section
    Civil Rights Division
    United States Department of Justice
    Room 7254-NWB
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530



EXHIBIT

H

The envelope and first page should be marked:  "Comment under Section 5 of the Voting Rights Act."

The public is encouraged to comment as soon as possible.  The U.S. Attorney General has at least 60 days from on or about May 26, 2011 to evaluate the new districts and make a decision.

-End-

| Name | District | Contact Info |
|---|---|---|
| Aubert, Elton M. | 58 | (225) 265-1831 |
| Badon, Austin | 100 | (504) 243-7783 |
| Barrow, Regina | 29 | (225) 362-5837 |
| Bishop, Wesley T. | 101 | (504) 242-4198 |
| Brossett, Jared | 97 | (504) 286-1033 |
| Burrell, Roy | 2 | (318) 676-7137 |
| Dixon, Herbert B. | 26 | (318) 487-5661 |
| Franklin, A B | 34 | (337) 491-2320 |
| Gallot, Jr., Richard "Rick" | 11 | (318) 251-5019 |
| Hardy, Rickey | 44 | (337) 262-2598 |
| Honoré, Dalton | 63 | (225) 771-5674 |
| Jackson III, Girod | 87 | (504) 349-0030 |
| Jackson, Michael | 61 | (225) 342-0774 |
| Jones, Rosalind D. | 17 | (318) 362-5476 |
| LaFonta, Juan | 96 | (504) 282-0265 |
| Norton, Barbara M. | 3 | (318) 632-5887 |
| Richmond, Cedric | 101 | (504) 242-4198 |
| Smith, Patricia Haynes | 67 | (225) 342-7106 |
| Stiaes, Charmaine Marchand | 99 | (504) 942-7835 |
| Thierry, Ledricka | 40 | (337) 948-0369 |
| Williams, Patrick | 4 | (318) 676-5990 |
| **SENATE** | | |
| Broome, Sharon Weston | 15 | (225) 359-9352 |
| Dorsey, Yvonne | 14 | (225) 342-9700 |
| Guillory, Elbert L. | 24 | (337) 943-2457 |
| Jackson, Lydia P. | 39 | (318) 676-7029 |
| Morrell, Jean-Paul J. | 3 | (504) 284-4794 |
| Murray, Edwin R. | 4 | (504) 945-0042 |
| Peterson, Karen Carter | 5 | (504) 568-8346 |
| Willard-Lewis, Cynthia | 2 | (504) 243-1919 |



EXHIBIT

# Louisiana House of Representatives



**Rick Gallot**
Chairman

## Committee on House and Governmental Affairs
P.O. Box 44486  Baton Rouge, LA  70804-4486
(225) 342-2403
Fax - (225) 342-0768

M. J. "Mert" Smiley, Jr.
Vice Chairman

## MEMORANDUM

**To:**       Members of the House of Representatives

**From:**     Rick Gallot, Chairman, Committee on House and Governmental Affairs

**Subject:**  First Regional Educational Presentation and Public Meeting on 2011 Redistricting

**Date:**     November 18, 2009

On December 15, 2009, from 5:30-8:30 p.m. in the State Capitol, the Committee on House and Governmental Affairs will hold the first of a series of educational, pre-Census public meetings around the state on the Redistricting process.  The other areas where meetings will be scheduled throughout January and early February are Lafayette, Lake Charles, Alexandria, Monroe, Shreveport, the Northshore, New Orleans, and Houma/Thibodaux.  Those dates will be announced soon.

All meetings will be scheduled after regular business hours to make it easier for working people to attend, and each hearing will be streamed live on the Internet as though it were being held at the State Capitol.

Presentations will be made by staff regarding the Census, redistricting law, population trends in the region where the meeting is being held, current Census estimates for the region, and the timeline for 2011 Redistricting.  The public will be invited to comment and ask questions.

The meetings will not be "committee meetings", but rather are for outreach and educational purposes for the public and  members of the House.  As such, all House and Governmental Affairs Committee members are welcome, but not required, to attend any or all of the meetings, and all House members will be invited and encouraged to attend in their area.

You can assist the committee tremendously in this endeavor by publicizing the regional meeting in your area to your local churches and civic organizations by whatever means you normally achieve public outreach in your district.  Visit the House Redistricting webpage at http://house.louisiana.gov/H_Redistricting2011/ for general and contact information.

/so

cc: Notification Lists


EXHIBIT
J

## House Committee on House and Governmental Affairs
## December 15, 2009
## 5:30 pm
## Room 6
## Adjourned

*To view more information about an instrument, click on the instrument number below.*
**Instruments in BLACK have not yet been considered.**
**Instruments in BLUE have already been considered.**
**Instrument in RED is currently being considered.**

### CALL TO ORDER

### ROLL CALL

### BUSINESS

Regional educational presentation and public meeting on 2011 Redistricting, including:

The 2010 Census

2011 Redistricting process and the law

Population trends in the River Parishes and Florida Parishes regions

Current Census estimates for the River Parishes and Florida Parishes regions

Public comment

### ANNOUNCEMENTS

### ADJOURNMENT



**STATE OF LOUISIANA**

ALFRED W. SPEER
CLERK, HOUSE OF REPRESENTATIVES

POST OFFICE BOX 44281
BATON ROUGE, LOUISIANA 70804-4281
(225) 342-7259

December 22, 2009

# COMMITTEE MEETING NOTICE

**TO:**        Members of the House Committee on House and Governmental Affairs

**FROM:**    Alfred W. Speer

The members of the House Committee on House and Governmental Affairs chaired by Representative Rick Gallot will meet as follows:

**DATE:**     Tuesday, January 5, 2010

**TIME:**      5:30 p.m.

**PLACE:**    McNeese State University, Parra Ballroom, Student Union Annex,
                    4300 Jefferson Davis Dr., Lake Charles, Louisiana

**PURPOSE:**  Regional educational presentation and public meeting on 2011 Redistricting, including:
- Presentation by the U.S. Census Bureau on the 2010 Census
- Presentation on the 2011 Redistricting process and the law, including population trends in the nation, the state, and the Southwest Region
- Public comment



**STATE OF LOUISIANA**

ALFRED W. SPEER
CLERK, HOUSE OF REPRESENTATIVES

POST OFFICE BOX 44281
BATON ROUGE, LOUISIANA 70804-4281
(225) 342-7259

January 4, 2010

# COMMITTEE MEETING NOTICE

**TO:**      Members of the House Committee on House and Governmental Affairs

**FROM:**   Alfred W. Speer

The members of the House Committee on House and Governmental Affairs chaired by Representative Rick Gallot will meet as follows:

**DATE:**     Monday, January 11, 2010

**TIME:**     5:30 p.m.

**PLACE:**   Gladys Higdon Instructional Resource Center, 502 Beauregard Street, Alexandria, Louisiana

**PURPOSE:** Regional educational presentation and public meeting on 2011 Redistricting, including:
  • Presentation by the U.S. Census Bureau on the 2010 Census
  • Presentation on the 2011 Redistricting process and the law, including population trends in the nation, the state, and in central Louisiana
  • Public comment



**STATE OF LOUISIANA**

ALFRED W. SPEER
CLERK, HOUSE OF REPRESENTATIVES

POST OFFICE BOX 44281
BATON ROUGE, LOUISIANA 70804-4281
(225) 342-7259

January 4, 2010

# COMMITTEE MEETING NOTICE

**TO:**       Members of the House Committee on House and Governmental Affairs

**FROM:**   Alfred W. Speer

The members of the House Committee on House and Governmental Affairs chaired by Representative Rick Gallot will meet as follows:

**DATE:**     Thursday, January 14, 2010

**TIME:**     5:30 p.m.

**PLACE:**    South Regional Library, 6101 Johnston Street,
              Lafayette, Louisiana

**PURPOSE:**  Regional educational presentation and public meeting on 2011 Redistricting, including:
- Presentation by the U.S. Census Bureau on the 2010 Census
- Presentation on the 2011 Redistricting process and the law, including population trends in the nation, the state, and the Acadiana Region
- Public comment



**STATE OF LOUISIANA**

ALFRED W. SPEER
CLERK, HOUSE OF REPRESENTATIVES

POST OFFICE BOX 44281
BATON ROUGE, LOUISIANA 70804-4281
(225) 342-7259

January 8, 2010

# NOTICE OF REDISTRICTING PRESENTATION

**TO:**     Members of the House Committee on House and Governmental Affairs

**FROM:**   Alfred W. Speer

The House Committee on House and Governmental Affairs chaired by Representative Rick Gallot will host a presentation on Redistricting for the public and the region's legislators as follows:

**DATE:**    Tuesday, January 19, 2010

**TIME:**    5:30 p.m.

**PLACE:**   Nicholls State University, Ayo Hall, #152,
             Corner Audubon Drive @ Ardoyne Drive, Thibodaux, Louisiana

**PURPOSE:** Regional educational presentation and public meeting on 2011 Redistricting, including:
- Presentation by the U.S. Census Bureau on the 2010 Census
- Presentation on the 2011 Redistricting process and the law, including population trends in the nation, the state, and the Acadiana Region
- Public comment



**STATE OF LOUISIANA**

ALFRED W. SPEER
CLERK, HOUSE OF REPRESENTATIVES

POST OFFICE BOX 44281
BATON ROUGE, LOUISIANA 70804-4281
(225) 342-7259

January 15, 2010

# NOTICE OF REDISTRICTING PRESENTATION

**TO:**       Members of the House Committee on House and Governmental Affairs

**FROM:**   Alfred W. Speer

The members of the House Committee on House and Governmental Affairs chaired by Representative Rick Gallot will host a presentation on Redistricting for the public and the regions legislators as follows:

**DATE:**      Tuesday, January 26, 2010

**TIME:**      5:30 p.m.

**PLACE:**    Northshore Harbor Center, 100 Harbor Center Blvd.
                    Slidell, Louisiana

**PURPOSE:** Regional educational presentation and public meeting on 2011 Redistricting, including:
- Presentation by the U.S. Census Bureau on the 2010 Census
- Presentation on the 2011 Redistricting process and the law, including population trends in the nation, the state, and in the Northshore area
- Public comment



STATE
OF
LOUISIA
NA

ALFRED W. SPEER
CLERK, HOUSE OF REPRESENTATIVES

POST OFFICE BOX 44281
BATON ROUGE, LOUISIANA 70804-4281
(225) 342-7259

January 19, 2010

# NOTICE OF REDISTRICTING PRESENTATION

**TO:**        Members of the House Committee on House and Governmental Affairs

**FROM:**    Alfred W. Speer

The members of the House Committee on House and Governmental Affairs chaired by Representative Rick Gallot host a presentation on Redistricting for the public and the regions legislators as follows:

**DATE:**      Thursday, January 28, 2010

**TIME:**       5:30 p.m.

**PLACE:**     University of New Orleans, Lindy C. Boggs International Conference Center, Room 152, 2045 Lakeshore Drive, New Orleans, Louisiana

**PURPOSE:**  Regional educational presentation and public meeting on 2011 Redistricting, including:
- Presentation by the U.S. Census Bureau on the 2010 Census
- Presentation on the 2011 Redistricting process and the law, including population trends in the nation, the state, and the Orleans metro area
- Public comment



**STATE OF LOUISIANA**

ALFRED W. SPEER
CLERK, HOUSE OF REPRESENTATIVES

POST OFFICE BOX 44281
BATON ROUGE, LOUISIANA 70804-4281
(225) 342-7259

January 22, 2010

# NOTICE OF REDISTRICTING PRESENTATION

**TO:**    Members of the House Committee on House and Governmental Affairs

**FROM:**    Alfred W. Speer

The members of the House Committee on House and Governmental Affairs chaired by Representative Rick Gallot will host a presentation on Redistricting for the public and the regions legislators as follows:

**DATE:**    Monday, February 1, 2010

**TIME:**    5:30 p.m.

**PLACE:**    LSU-Shreveport, Science Lecture Auditorium, One University Place, Shreveport, Louisiana

**PURPOSE:**    Regional educational presentation and public meeting on 2011 Redistricting, including:
- Presentation by the U.S. Census Bureau on the 2010 Census
- Presentation on the 2011 Redistricting process and the law, including population trends in the nation, the state, and the Northwest Region
- Public comment



**STATE OF LOUISIANA**

ALFRED W. SPEER
CLERK, HOUSE OF REPRESENTATIVES

POST OFFICE BOX 44281
BATON ROUGE, LOUISIANA 70804-4281
(225) 342-7259

January 22, 2010

# NOTICE OF REDISTRICTING PRESENTATION

**TO:**      Members of the House Committee on House and Governmental Affairs

**FROM:**    Alfred W. Speer

The members of the House Committee on House and Governmental Affairs chaired by Representative Rick Gallot will host a presentation on Redistricting for the public and the regions legislators as follows:

**DATE:**      Tuesday, February 2, 2010

**TIME:**      5:30 p.m.

**PLACE:**     University of La. at Monroe, Student Union Building Ballroom,
               601 Bayou Drive, Monroe, Louisiana

**PURPOSE:**   Regional educational presentation and public meeting on 2011 Redistricting, including:
- Presentation by the U.S. Census Bureau on the 2010 Census
- Presentation on the 2011 Redistricting process and the law, including population trends in the nation, the state, and the Northeast Region
- Public comment



**STATE OF LOUISIANA**

ALFRED W. SPEER
CLERK, HOUSE OF REPRESENTATIVES

POST OFFICE BOX 44281
BATON ROUGE, LOUISIANA 70804-4281
(225) 342-7259

January 7, 2011

# COMMITTEE MEETING NOTICE

**TO:**     Members of the House Committee on House and Governmental Affairs

**FROM:**     Alfred W. Speer

The members of the House Committee on House and Governmental Affairs chaired by Representative Rick Gallot will meet as follows:

**DATE:**     Wednesday, January 19, 2011

**TIME:**     9:00 a.m.

**PLACE:**     House Committee Room 3

**PURPOSE:**   •     Redistricting rules

•     Census 2010 data, including apportionment data and state resident population data, ideal populations for election districts, and population aggregations for Redistricting

# MEETING SCHEDULE for the JOINT GOVERNMENTAL AFFAIRS COMMITTEES

These public meetings are to receive public comment concerning the census populations, the deviations of existing districts from an ideal population, and solutions for district line drawing for the legislature, Congress, the Public Service Commission, the Board of Elementary & Secondary Education, the Supreme Court and other courts.

.

| Monday, February 28, 2011, | 6:00 P.M. -- La. State Exhibit Museum Auditorium, 3015 Greenwood Road, Shreveport, La. |
|---|---|
| Tuesday, March 1, 2011, | 10:00 A.M. -- Monroe Civic Center, Bayou Room, 401 Lea Joyner Memorial Expressway, Monroe, La. |
| | 6:00 P.M. -- Alexandria Convention Hall at City Hall, 915 Third Street, Alexandria, La. |

The House & Governmental Affairs Committee will hold a meeting at the State Capitol in Baton Rouge on February 15, 2011 to discuss census data population allocation and aggregation; malapportionment of the House of Representatives, Congress, PSC, and BESE districts; Supreme Court districts; and additional upcoming committee meetings about redistricting



# Louisiana Legislature

JOEL T. CHAISSON, II
President of the Senate

ROBERT W. "BOB" KOSTELKA
Chairman, Committee on Senate
and Governmental Affairs

JIM TUCKER
Speaker of the House
of Representatives

RICHARD "RICK" GALLOT, JR.
Chairman, Committee on House
and Governmental Affairs

| | |
|---|---|
| **TO:** | State and Local Officials Statewide and Persons Expressing Interest in Redistricting Process |
| **FROM:** | Representative Rick Gallot and Senator Robert W. Kostelka Co-Chairmen, Joint Committee on Governmental Affairs |
| **DATE:** | February 4, 2011 |
| **SUBJECT:** | Series of Public Hearings Statewide on Redistricting |

The House and Senate Governmental Affairs Committees will jointly hold a series of public hearings to receive the input of citizens relative to the redrawing of Legislative, Congressional, Public Service Commission, Board of Elementary and Secondary Education, Supreme Court, and Courts of Appeal election districts.

Public hearings will be held around the state as follows:

Thursday, February 17, 2011, 10:00 A.M. -- Fuhrmann Auditorium at the Greater Covington Center, 317 North Jefferson Street, Covington, La.

6:00 P.M. -- Dillard University, Professional Schools and Sciences Building, Georges Auditorium (Room 115), 2601 Gentilly Blvd., New Orleans, La.

Monday, February 21, 2011, 10:00 A.M. -- Houma-Terrebonne Civic Center, 346 Civic Center Blvd., Houma, La.

6:00 P.M. -- Baton Rouge Community College, Louisiana Board Room in the Louisiana Building, Baton Rouge, La.

Tuesday, February 22, 2011, 10:00 A.M. -- Lake Charles Civic Center, Buccaneer Room, 900 Lakeshore Drive, Lake Charles, La.

6:00 P.M. -- Acadiana Center for the Arts, Moncus Theatre, 101 West Vermilion Street, Lafayette, La.

| Monday, February 28, 2011, | 6:00 P.M. -- La. State Exhibit Museum Auditorium, 3015 Greenwood Road, Shreveport, La. |
|---|---|
| Tuesday, March 1, 2011, | 10:00 A.M. -- Monroe Civic Center, Bayou Room, 401 Lea Joyner Memorial Expressway, Monroe, La. |
| | 6:00 P.M. -- Alexandria Convention Hall at City Hall, 915 Third Street, Alexandria, La. |

The joint committee will show the current district maps for each of the various elected bodies with the new 2010 Census population figures for such districts and discuss which districts no longer meet population guidelines and/or legal requirements.

Citizens and public officials are invited to attend the hearing in their region and give their comments on district lines so that the committees may consider public input as the various plans are drafted and adopted in a special legislative session called for March 20-April 13, 2011.

The public hearings will also be streamed over the Internet (www.legis.state.la.us) for remote live viewing and archived thereafter.  Comments and questions concerning districts can be submitted to http://house.louisiana.gov/H_Redistricting2011/ at "Contact Us", to http://senate.legis.state.la.us/redist2011/ at "Contact Us", or via Facebook (http://www.facebook.com/pages/Baton-Rouge-LA/Louisiana-House-of-Representatives-Redistricting/193299176157?v=info) or Twitter (http://twitter.com/@hredist2011) throughout the duration of the process.

Public comments submitted in any format will be taken into consideration as plans are drafted, as well as being made part of the record in a submission of new district lines to the U.S. Department of Justice for approval.

Public input is a vital part of the redistricting process and we hope that you will take the opportunity to participate and encourage your community members to do so as well.



**STATE OF LOUISIANA**

ALFRED W. SPEER
CLERK, HOUSE OF REPRESENTATIVES

POST OFFICE BOX 44281
BATON ROUGE, LOUISIANA 70804-4281
(225) 342-7259

February 7, 2011

# NOTICE OF COMMITTEE MEETING

**TO:**     Members of the House Committee on House and Governmental Affairs

**FROM:**     Alfred W. Speer

The members of the House Committee on House and Governmental Affairs chaired by Representative Rick Gallot will meet as follows:

**DATE:**     Tuesday, February 15, 2011

**TIME:**     1:30 p.m.

**PLACE:**     House Committee Room 5

**PURPOSE:**
- Discussion of census data population allocation and aggregation
- Discussion of malapportionment of the House of Representatives, Congress, PSC, and BESE districts;
- Discussion of Supreme Court and courts of appeal districts
- Discussion of future committee meetings about redistricting and timeline

## Louisiana House of Representatives



Rick Gallot
Chairman

**Committee on House and Governmental Affairs**
P.O. Box 44486  Baton Rouge, LA  70804-4486
(225) 342-2403
Fax - (225) 342-0768

M. J. "Mert" Smiley, Jr.
Vice Chairman

## A G E N D A

### Committee on House and Governmental Affairs
### Thursday, March 17, 2011
### House Committee Room 6
### 1:00 p.m.

*Chairman:* Representative Rick Gallot
*Vice Chairman:* Representative M. J. "Mert" Smiley, Jr.

*Staff:* M. Patricia Lowrey-Dufour, Legislative Analyst
Stephanie Little, Attorney
Mark Mahaffey, Attorney
Shawn O'Brien, Committee Secretary
Ashley Warren, Committee Clerk

### I.    CALL TO ORDER

### II.    ROLL CALL

### III.    DISCUSSION

- Discussion of working drafts or redistricting plans for BESE, PSC, Congress, Supreme Court, and Courts of Appeal

### IV.    OTHER BUSINESS

### V.    ANNOUNCEMENTS

### VI.    ADJOURNMENT

ANYONE WISHING TO TESTIFY BEFORE THE COMMITTEE SHOULD OBTAIN A WITNESS CARD FROM THE COMMITTEE SECRETARY BEFORE THE MEETING BEGINS.

**FedEx** *US Airbill*

FedEx Tracking Number: **8723 8801 6100**

Form ID No.: **0215**

MOR33

**Recipient's Copy**

**1 From** *This portion can be removed for Recipient's records.*

Date **5/1/11**

FedEx Tracking Number **872388016100**

Sender's Name **Erin C. Day**     Phone **225 326-6040**

Company **LOUISIANA DOJ-CIVIL DIV**

Address **1885 N 3RD ST FL 6**     Dept./Floor/Suite/Room

City **BATON ROUGE**     State **LA**     ZIP **70802-5148**

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name **Chris Herren**     Phone **202 307-3707**

Company **U.S. DOJ Civil Rights Division**

Address **1400 G. St. NW Rm. 7254 NWB**

*We cannot deliver to P.O. boxes or P.O. ZIP codes.*

Address

*Use this line for the HOLD location address or for continuation of your shipping address.*

City **Washington**     State **DC**     ZIP **20006**

0420164141

8723 8801 6100

**4a Express Package Service** *• To most locations.*     *Packages up to 150 lbs.*

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.

☐ FedEx First Overnight
Earliest next business morning delivery to select locations.*

☐ FedEx 2Day
Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Express Saver
Third business day.** Saturday Delivery NOT available.

**4b Express Freight Service**     ** *To most locations.*     *Packages over 150 lbs.*

☐ FedEx 1Day Freight
Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.     FedEx 1Day Freight Booking No.

☐ FedEx 2Day Freight
Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx 3Day Freight
Third business day.** Saturday Delivery NOT available.

**5 Packaging**     *• Declared value limit $500.*

☐ FedEx Envelope*

☐ FedEx Pak*
Includes FedEx Small Pak and FedEx Large Pak.

☒ FedEx Box

☐ FedEx Tube

☐ Other

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery
NOT available for FedEx Standard Overnight, FedEx Express Saver, or FedEx 3Day Freight.

☒ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery. Fee applies.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. Fee applies.

**Does this shipment contain dangerous goods?**
*One box must be checked.*

☐ No     ☐ Yes
As per attached Shipper's Declaration.

☐ Yes
Shipper's Declaration not required.

☐ Dry Ice
Dry Ice, 9, UN 1845     x ___ kg

*Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.*

☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

Obtain recip. Acct. No.

*Enter FedEx Acct. No. or Credit Card No. below.*

☐ Sender
Acct. No. in Section 1 will be billed.

☐ Recipient     ☐ Third Party     ☐ Credit Card     ☐ Cash/Check

Total Packages     Total Weight ___ lbs.     Credit Card Auth.

†*Our liability is limited to $100 unless you declare a higher value. See the current FedEx Service Guide for details.*

Rev. Date 2/10 • Part #158279 • ©1994–2010 FedEx • PRINTED IN U.S.A. SRS

605

fedex.com 1.800.GoFedEx 1.800.463.3339