

**U.S. Department of Justice**

Civil Rights Division

---

*Office of the Assistant Attorney General*  *Washington, D.C. 20530*

AUG 0 1 2011

Erin C. Day, Esq.
Assistant Attorney General
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

Dear Ms. Day:

    This refers to Act No. 2 (H.B. 6) of the First Extraordinary Session of 2011 of the Legislature of Louisiana, which provides for the 2011 redistricting of Louisiana's congressional districts, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, 42 U.S.C. 1973c. We received your submission on June 2, 2011; additional information was received through June 30, 2011.

    The Attorney General does not interpose any objection to the specified change. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the change. Procedures for the Administration of Section 5 of the Voting Rights Act of 1965, 28 C.F.R. 51.41.

                                        Sincerely,

                                        Thomas E. Perez
                                        Assistant Attorney General