**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED
JUN 2 1 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

LOUISIANA HOUSE OF REPRESENTATIVES,

Plaintiff,

v.

UNITED STATES, *et al.*,

Defendants.

Civil Action No. 11-0770 (ABJ)

**ORDER**

Before the Court is the Unopposed Motion to Dismiss by Defendants United States and Eric Holder, in his official capacity as Attorney General of the United States ("Attorney General"). On April 21, 2011, the State filed this action under Section 5 of the Voting Rights Act, 42 U.S.C. § 1973c ("Section 5"), seeking judicial preclearance for Louisiana House Bill 1, the 2011 Louisiana House redistricting plan. [Docket #1]. On April 21, 2011, the State also submitted House Bill 1 to the Attorney General seeking administrative preclearance under Section 5. On June 20, 2011, the Attorney General administratively precleared the voting change plaintiff had previously submitted to this Court in its Complaint [Docket #12].

The administrative preclearance by the Attorney General moots the need for the State to obtain declaratory relief from this Court prior to implementing its 2011 House redistricting plan. 42 U.S.C. § 1973c. *See* May 16, 2011 Order, p. 2 [Docket #11], citing *Berry v. Doles*, 438 U.S. 190, 192–193 (1978) (per curiam); *Georgia v. Holder*, 748 F. Supp. 2d 16 (D.D.C. 2010). Such determination by the Attorney General is not appealable nor reviewable by this Court. *Morris v.*

*Gressette*, 432 U.S. 491, 504-505 (1977). Having obtained administrative preclearance for the 2011 House redistricting plan, the State is permitted under Section 5 to implement that plan without any action by this Court. Therefore, there is no longer a case or controversy under Article III of the Constitution of the United States for the Court to resolve and plaintiff's complaint should be dismissed.

Accordingly, it is

**ORDERED** that Defendants' Unopposed Motion to Dismiss is granted and this case is hereby dismissed.

JUDITH W. ROGERS
United States Court of Appeals for
the District of Columbia Circuit

JOHN D. BATES
United States District Court for
the District of Columbia

AMY BERMAN JACKSON
United States District Court for
the District of Columbia

DATE: June 21, 2011